Official Form 1 (1/08)

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF *ILLINOIS* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br>*Hengels, George C.* | Name of Joint Debtor (Spouse)(Last, First, Middle): <br>*Hengels, Barbara Ann* |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br>(include married, maiden, and trade names): <br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years <br>(include married, maiden, and trade names): <br>*fka Barbara Peck* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br>(if more than one, state all): *7313* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br>(if more than one, state all): *5375* |
| Street Address of Debtor (No. & Street, City, and State): <br>*430 W. Touhy Ave* <br>*Lot # 238* <br>*Des Plaines IL*      ZIPCODE *60018* | Street Address of Joint Debtor (No. & Street, City, and State): <br>*430 W. Touhy Ave* <br>*Lot # 238* <br>*Des Plaines IL*      ZIPCODE *60018* |
| County of Residence or of the <br>Principal Place of Business: *Cook* | County of Residence or of the <br>Principal Place of Business: *Cook* |
| Mailing Address of Debtor (if different from street address): <br>*SAME*      ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br>*SAME*      ZIPCODE |
| Location of Principal Assets of Business Debtor <br>(if different from street address above): *NOT APPLICABLE*      ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (1/08)                                                                                    FORM B1, Page  2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***George C. Hengels and***<br>***Barbara Ann Hengels*** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>***Nth Dist IL   (Ch 13)*** | Case Number:<br>**06B09360** | Date Filed:<br>**8/2/06   Dismissed 2/14/08** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   ***/s/ Richard S. Bass***<br>Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | *George C. Hengels and* |
| | *Barbara Ann Hengels* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ George C. Hengels*
Signature of Debtor

**X** */s/ Barbara Ann Hengels*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL  60521*

*630-953-8655*
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years

or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____    _____
Printed name and title, if any, of Bankruptcy Petition Preparer    Social Security number (If the bankruptcy petition
                                                                   preparer is not an individual, state the Social Security
Address:                                                           number of the officer, principal, responsible person, or
                                                                   partner of the bankruptcy petition preparer.)  (Required
_____    by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

**Certificate of the Debtor**
I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____    X_____
Printed Name(s) of Debtor(s)                                       Signature of Debtor              Date

Case No. (if known) _____    X_____
                                                                   Signature of Joint Debtor (if any)    Date

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels*                        Case No.
     *and*                                        Chapter   7
     *Barbara Ann Hengels*

_____

                       Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.


☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Barbara Ann Hengels* _____

Date: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *George C. Hengels*
    *and*
    *Barbara Ann Hengels*

Case No.
Chapter   7

_____
                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  */s/ George C. Hengels*

Date:

In re  *George C. Hengels and Barbara Ann Hengels*                    ,        Case No._____
                    Debtor(s)                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Trailer Home (Debtors residence)* | *Debtor residence Jt. Tenancy* | J | *$ 5,000.00* | *$ 0.00* |

No continuation sheets attached

**TOTAL $**        *5,000.00*
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re George C. Hengels and Barbara Ann Hengels _____ ,    Case No. _____
                  Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>Location: In debtor's possession | J | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking:  First Bank<br>Location: In debtor's possession | J | $ 200.00 |
| | | Checking:  First Bank<br>Location: In debtor's possession | J | $ 200.00 |
| | | Checking: Corporate American Credit Union<br>Location: In debtor's possession | J | $ 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc used household goods and furniture<br>Location: In debtor's possession | J | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc used personal  items, books & pictures<br>Location: In debtor's possession | J | $ 300.00 |
| 6.  Wearing apparel. | | Misc used personal clothing<br>Location: In debtor's possession | J | $ 800.00 |
| 7.  Furs and jewelry. | X | | | |

Page  1  of  3

B6B (Official Form 6B) (12/07)

In re George C. Hengels and Barbara Ann Hengels    , Case No. _____
         Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2007 Tax Refund Location: n/a | J | $ 3,887.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor | X | | | |

Page   2   of   3

B6B (Official Form 6B) (12/07)

In re **George C. Hengels and Barbara Ann Hengels** ,          Case No. _____
                                 Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| primarily for personal, family, or household purposes. | | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1995 Dodge Intrepid* <br> *Location: In debtor's possession* | | J | $ 1,000.00 |
| | | *2000 Toyota Sienna* <br> *Location: In debtor's possession* | | W | $ 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | | |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | |
| | | | Total ➡ | | $ 15,687.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **George C. Hengels and Barbara Ann Hengels** ,          Case No. _____

Debtor(s)                                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Trailer Home (Debtors residence)* | *735 ILCS 5/12-901* | *$ 15,000.00* | *$ 5,000.00* |
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Checking:  First Bank* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Checking:  First Bank* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Checking: Corporate American Credit Union* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Misc used household goods and furniture* | *735 ILCS 5/12-1001(b)* | *$ 2,000.00* | *$ 2,000.00* |
| *Misc used personal  items, books & pictures* | *735 ILCS 5/12-1001(b)* | *$ 300.00* | *$ 300.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 800.00* | *$ 800.00* |
| *2007 Tax Refund* | *735 ILCS 5/12-1001(b)* | *$ 3,887.00* | *$ 3,887.00* |
| *1995 Dodge Intrepid* | *735 ILCS 5/12-1001(c)* | *$ 1,000.00* | *$ 1,000.00* |
| *2000 Toyota Sienna* | *735 ILCS 5/12-1001(c)* | *$ 0.00* | *$ 7,000.00* |

B6D (Official Form 6D) (12/07)

In re George C. Hengels and Barbara Ann Hengels                              ,     Case No. _____
                          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *6476* <br><br> *Creditor # : 1* <br> *Toyota Motor Credit* <br> *Attn Bankruptcy Dept* <br> *PO Box 5855* <br> *Carol Stream  IL 60197-5855* | *W* | *2003* <br><br> *Purchase Money Security* <br> *2000 Toyota Sienna   Acct: 004 6236476* <br><br> Value: *$ 7,000.00* | | | | *$ 12,000.00* | *$ 5,000.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | Subtotal $ <br> (Total of this page) | *$ 12,000.00* | *$ 5,000.00* |
|---|---|---|---|
| | Total $ <br> (Use only on last page) | *$ 12,000.00* | *$ 5,000.00* |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re George C. Hengels and Barbara Ann Hengels _____ , Case No._____
                    **Debtor(s)**                                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re George C. Hengels and Barbara Ann Hengels _____ ,   Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1513 | | J | 2002-2008 | | | | $ 15.00 |
| Creditor # : 1 Advents Neurology C/O KLO (Dr. Sailaja Maramredd 777 Oakmont Lane, #1600 Westmont IL 60559 | | | Medical Bills | | | | |
| Account No.   0795 | | J | 2002-2008 | | | | $ 50.00 |
| Creditor # : 2 Advocate Lutheran General Hosp Attn:  Patient Accounts PO Box 73208 Chicago IL 60673-7208 | | | Medical Bills | | | | |
| Account No.   1022 | | J | 2002-2008 | | | | $ 50.00 |
| Creditor # : 3 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | | Medical Bills | | | | |
| Account No.   5642 | | J | 2002-2008 | | | | $ 2,489.00 |
| Creditor # : 4 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | | Medical Bills | | | | |

_19_ continuation sheets attached

Subtotal $ | $ 2,604.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,      Case No. _____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0317 Creditor # : 5 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | J | 2002-2008 Medical Bills | | | | $ 200.00 |
| Account No:    0433 Creditor # : 6 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | J | 2002-2008 Medical Bills | | | | $ 50.00 |
| Account No:    0773 Creditor # : 7 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | J | 2002-2008 Medical Bills | | | | $ 278,222.00 |
| Account No:    0239 Creditor # : 8 Alexian Bros Medical Ctr Attn:   Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | J | 2002-2008 Medical Bills | | | | $ 528.00 |
| Account No: Creditor # : 9 Alexian Bros Medical Ctr Attn Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | J | 2007-08 Medical Bills Accts: G00700436090  G0070046490 G00700489909 G00704464429 | | | | $ 1,000.00 |
| Account No:    4429 Creditor # : 10 Alexian Bros Medical Ctr Attn Patient Accts 800 Biesterfield Elk Grove Villag IL 60007 | | H | 2008 Medical benefits Minor daughter medical | | | | $ 20.00 |

Sheet No. _1_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 280,020.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_                              ,       Case No. _____
**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6680<br>Creditor # : 11<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>800 Biesterfield<br>Elk Grove Villag IL 60007 | | W | 2008<br>Medical Bills | | | | $ 47.00 |
| Account No:   9533<br>Creditor # : 12<br>Alliance One Receivables<br>RE:  Target Natl Bank<br>PO BOX  1963<br>Southgate MI 48195-0963 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   4801<br>Creditor # : 13<br>Alliance One Receivables<br>RE:  World Rinancial New York<br>PO BOX  1963<br>Southgate MI 48195-0963 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   1965<br>Creditor # : 14<br>Allied Interstate<br>RE:  Quality Paperback Book<br>PO BOX  5023<br>New York NY 10163 | | J | 2002-2008<br>Collection | | | | $ 125.00 |
| Account No:   0660<br>Creditor # : 15<br>American Medical Collection<br>Acct: Quest Diagnostic<br>2269 S. Saw Mill River Rd #3<br>Elmsford NY 10523 | | H | 2008<br>Colh | | | | $ 419.00 |
| Account No:   2838<br>Creditor # : 16<br>American Recovery Systems<br>RE:  Target National Bank<br>1699 Wall Street  #300<br>Mount Prospect IL 60056-5788 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |

Sheet No.  2  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 591.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re George C. Hengels and Barbara Ann Hengels _____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> April Eeve Hocking DDS <br> 1063 N. Northwest Hwy <br> Park Ridge IL 60068 | | J | 2002-2008 <br> Dental Bills | | | | $ 1,310.00 |
| Account No:   5710 <br> Creditor # : 18 <br> Armor Systems <br> Acct: Elk Grove Police <br> 1700 Kiefer Dr  #1 <br> Zion IL 60099-5105 | | H | 2007 <br> Collection <br> Collection on ticket from Elk Grove <br> Village Police | | | | $ 50.00 |
| Account No: <br> Creditor # : 19 <br> Arnold Scott Harris, P.C. <br> RE:  Chicago Dept Revenue <br> PO BOX  5625 <br> Chicago IL 60680-5625 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:   4150 <br> Creditor # : 20 <br> Better Homes & Gardens <br> 1716 Locust St <br> Des Moines IA 50309-3023 | | J | 2002-2008 <br> Subscriptions | | | | $ 22.00 |
| Account No:   6204 <br> Creditor # : 21 <br> Biehl & Biehl Collection <br> RE:  Daily Herald <br> PO Box 66415 <br> Chicago IL 60666-0415 | | J | 2002-2008 <br> Notice | | | | $ 0.00 |
| Account No:   0991 <br> Creditor # : 22 <br> Blatt Hasenmiller Leibsker et <br> RE:  Capital One <br> 125 S. Wacker Dr  #400 <br> Chicago IL 60606-4440 | | J | 2002-2008 <br> Collection <br> Cook County Suit 06 M1 140991 | | | | $ 4,000.00 |

Sheet No.   3   of   19   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 5,382.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,          Case No. _____
          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4911<br>Creditor # : 23<br>BMG Music<br>PO BOX  91501<br>Indianapolis  IN 46291-0000 | | J | 2002-2008<br>Subscriptions | | | | $ 29.00 |
| Account No:   4598<br>Creditor # : 24<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  5155<br>Norcross GA 30091 | | J | 2002-2008<br>Credit Account | | | | $ 2,750.00 |
| Account No:   2223<br>Creditor # : 25<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  5155<br>Norcross GA 30091 | | J | 2002-2008<br>Credit Account | | | | $ 772.00 |
| Account No:   7526<br>Creditor # : 26<br>Central Credit Service<br>RE:  Wells Fargo<br>PO Box 189<br>Saint Charles MO 63302 | | J | 2002-2008<br>Collection | | | | $ 543.00 |
| Account No:   7526<br>Creditor # : 27<br>Central Portfolio Control<br>RE:  Wlls Fargo-Northstar Cap<br>6640 Shady Oak Road,  #300<br>Eden Prairie MN 55344-7710 | | J | 2002-2008<br>Collection | | | | $ 0.00 |
| Account No:<br>Creditor # : 28<br>Certified Services Collection<br>Acct: Dr. Harvey Wolf<br>PO Box 177<br>Waukegan IL 60079-0177 | | W | 2008<br>Notice to Collector | | | | $ 402.00 |

Sheet No.   **4**  of    **19** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 4,496.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,         Case No. _____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    0833<br>Creditor # : 29<br>Checks Unlimited<br>Attn: Collection Dept<br>PO Box 17400<br>Colorado Springs CO 80935 | | W | 2007<br>Unsecured | | | | $ 29.00 |
| Account No:    8465<br>Creditor # : 30<br>Church Subscription Svc<br>PO BOX  165<br>Congers NY 10920-7514 | | J | 2002-2008<br>Credit Account | | | | $ 33.00 |
| Account No:<br>Creditor # : 31<br>City of Chicago Bureau Parking<br>Attn:  Bankruptcy Dept<br>PO Box 88292<br>Chicago IL 60680-1292 | | J | 2002-2008<br>Parking Ticket | | | | $ 320.00 |
| Account No:    3400<br>Creditor # : 32<br>Clinical Associates<br>1460 Market St   #300<br>Des Plaines IL 60016-4643 | | H | 2005<br>Medical Bills<br>Accts: 42297800  and 42275100   and 420124 00 | | | | $ 300.00 |
| Account No:    0910<br>Creditor # : 33<br>Collection Bureau of America<br>RE:  DS Waters of Nth America<br>25954 Eden Landing  1st Flr<br>Livermore CA 94551 | | J | 2002-2008<br>Collection | | | | $ 601.00 |
| Account No:    1600<br>Creditor # : 34<br>Comcast Cable<br>Attn:  Bankruptcy Dept<br>PO BOX  9037<br>Addison TX 75001-9037 | | J | 2002-2008<br>Unsecured | | | | $ 709.00 |

Sheet No.   5   of    19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 1,992.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  George C. Hengels and Barbara Ann Hengels                    ,        Case No. _____

**Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1600<br>Creditor # : 35<br>Credit Protection Association<br>RE:  Comcast<br>13355 Noel Rd<br>Dallas TX 75240 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   8879<br>Creditor # : 36<br>Crossing Book Club<br>Attn Bankruptcy Dept<br>PO Box 6307<br>Indianapolis  IN 46206-6307 | | J | 2002-2008<br>Subscriptions | | | | $ 28.00 |
| Account No:   0028<br>Creditor # : 37<br>David Carlson  DDS<br>610 E. Roosevelt Rd  #101<br>Wheaton IL 60187 | | J | 2002-2008<br>Dental Bills | | | | $ 41.00 |
| Account No:   7211<br>Creditor # : 38<br>Davidsmeyer Business Svc<br>RE:  Ridge School<br>2513 E. Higgins Rd<br>Elk Grove Villag IL 60007 | | J | 2002-2008<br>Unsecured | | | | $ 34.00 |
| Account No:   6017<br>Creditor # : 39<br>Dr. Jeffrey Pomeranz<br>PO BOX  3597<br>Springfield IL 62708-3597 | | J | 2002-2008<br>Medical Bills | | | | $ 478.00 |
| Account No:   6017<br>Creditor # : 40<br>Dr. Jeffrey Pomeranz<br>PO BOX 3597<br>Springfield IL 62708-3597 | | J | 2002-2008<br>Medical Bills | | | | $ 355.00 |

Sheet No.   6  of   19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 936.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,   Case No. _____

**Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   A000<br><br>Creditor # : 41<br>Dr. Shah Nawaz<br>Po box 784<br>Tinley Park IL 60477 | | W | 2007<br>Medical Bills | | | | $ 40.00 |
| Account No:   2400<br><br>Creditor # : 42<br>DSM Books<br>Attn: Collection Dept<br>PO Box 8557<br>Camp Hill PA 17001-8557 | | W | 2007<br>Subscription-Memebership | | | | $ 32.00 |
| Account No:   0991<br><br>Creditor # : 43<br>Elk Grove Lab Physicians PC<br>Dept 77-9154<br>Chicago IL 60678 | | J | 2002-2008<br>Medical Bills | | | | $ 50.00 |
| Account No:<br><br>Creditor # : 44<br>Elk Grove Village Police<br>Attn: Ticket Collection<br>901 Wellington Ave<br>Elk Grove Villag IL 60007 | | J | 2006<br>Parking Ticket | | | | $ 50.00 |
| Account No:   5530<br><br>Creditor # : 45<br>Emery Medical Center<br>Dr. Shahid Sarwar<br>PO BOX  807<br>Mount Prospect IL 60056 | | J | 2002-2008<br>Medical Bills | | | | $ 15.00 |
| Account No:   5072<br><br>Creditor # : 46<br>Emery Medical Center<br>Dr. Shahid Sarwar<br>PO BOX  807<br>Mount Prospect IL 60056 | | J | 2002-2008<br>Medical Bills | | | | $ 30.00 |

Sheet No.   7   of   19   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                   $ 217.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,    Case No. _____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5478<br>Creditor # : 47<br>*Emery Medical Center*<br>*Dr. Shahid Sarwar*<br>*PO BOX  807*<br>*Mount Prospect IL 60056* | | J | *2002-2008*<br>*Medical Bills* | | | | *$ 45.00* |
| Account No:    8595<br>Creditor # : 48<br>*First Bank NA*<br>*Attn: Collection Dept*<br>*PO Box 790281*<br>*Saint Louis MO 63179-0281* | | W | *2008*<br>*Overdraft Account* | | | | *$ 550.00* |
| Account No:    9910<br>Creditor # : 49<br>*First Federal Credit Control*<br>*Acct: Dr. Shah Nawaz*<br>*1550 Old Henderson Rd #100*<br>*Columbus OH 43220-3626* | | W | *2007*<br>*Colh* | | | | *$ 75.00* |
| Account No:    0596<br>Creditor # : 50<br>*FMS Inc.*<br>*RE:  Wells Fargo*<br>*PO BOX  4115*<br>*Concord CA 94524* | | J | *2002-2008*<br>*Notice to collector* | | | | *$ 0.00* |
| Account No:    4613<br>Creditor # : 51<br>*GC Services Collections*<br>*RE:  Telecheck*<br>*6330 Gulfton  #400*<br>*Houston TX 77081* | | J | *2002-2008*<br>*Notice to collector* | | | | *$ 0.00* |
| Account No:<br>Creditor # : 52<br>*Girl Scout Ill Crossroad Counc*<br>*Attn:  Product Management*<br>*650 N. Lakeview Pkwy*<br>*Vernon Hills IL 60061-8116* | | J | *2002-2008*<br>*Unsecured* | | | | *$ 2,000.00* |

Sheet No.  _8_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *$ 2,670.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,   Case No. _____

**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3831<br>Creditor # : 53<br>Girl Scouts Hornest Nest Counc<br>Attn:   Accounting<br>7001 Idlewild Road<br>Charlotte NC 28212 | | J | 2002-2008<br>NSF Check | | | | $ 60.00 |
| Account No:   2626<br>Creditor # : 54<br>Harris & Harris<br>Acct:   Alexian Bros Med Ctr<br>600 W. Jackson Blvd  #400<br>Chicago IL 60661 | | J | 2008<br>Colh | | | | $ 0.00 |
| Account No:   2525<br>Creditor # : 55<br>Hinckley Springs Water<br>PO BOX   530578<br>Atlanta GA 30353-0578 | | J | 2002-2008<br>Unsecured | | | | $ 331.00 |
| Account No:   9154<br>Creditor # : 56<br>Illinois Collection Svc<br>RE:   Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 50.00 |
| Account No:   4913<br>Creditor # : 57<br>Illinois Collection Svc<br>RE:   DuPage Family Medicine<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection | | | | $ 420.00 |
| Account No:   4913<br>Creditor # : 58<br>Illinois Collection Svc<br>RE:   DuPage Family Medical<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 420.00 |

Sheet No.   9   of   19   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,281.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re  George C. Hengels and Barbara Ann Hengels                              ,        Case No. _____
                    **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2113<br><br>Creditor # : 59<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 198.00 |
| Account No:   2113<br><br>Creditor # : 60<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 98.00 |
| Account No:   0671<br><br>Creditor # : 61<br>Illinois Collection Svc<br>RE:  Alexian Bros<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 150.00 |
| Account No:   0671<br><br>Creditor # : 62<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 200.00 |
| Account No:   8954<br><br>Creditor # : 63<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 50.00 |
| Account No:   0671<br><br>Creditor # : 64<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 200.00 |

Sheet No.   10   of   19   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 896.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,     Case No. _____
           **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3106<br>Creditor # : 65<br>Illinois Collection Svc<br>RE:  Alexian Bros Med Ctr<br>PO Box 646<br>Oak Lawn IL 60454-0646 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 353.00 |
| Account No.   5375<br>Creditor # : 66<br>Infectious Disease Assoc<br>PO BOX  309<br>Itasca IL 60143 | | J | 2002-2008<br>Medical Bills | | | | $ 16.00 |
| Account No.   9291<br>Creditor # : 67<br>IPC of Illinois<br>RE:  Alexian Bros Med Ctr<br>PO Box 92934<br>Los Angeles CA 90009 | | J | 2002-2008<br>Notice | | | | $ 0.00 |
| Account No.   7523<br>Creditor # : 68<br>JNR Adjustment<br>RE:  WM Stores<br>2905 Northwest Blvd  #220<br>Minneapolis MN 55441-2644 | | J | 2002-2008<br>Collection | | | | $ 166.00 |
| Account No.   9915<br>Creditor # : 69<br>Law Office Michael Margelefsky<br>RE:  World Financial<br>709 Madison Ave  #302<br>Toledo OH 43604-1624 | | J | 2002-2008<br>Collection | | | | $ 612.00 |
| Account No.   4034<br>Creditor # : 70<br>Literary Guild<br>PO BOX  6404<br>Camp Hill PA 17012-6404 | | J | 2002-2008<br>Collection | | | | $ 108.00 |

Sheet No. __11__ of ___19___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,255.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re  _George C. Hengels and Barbara Ann Hengels_____ ,          Case No. _____
                  **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0225<br>*Creditor # : 71*<br>*Loyola Univ Phyisician Fdn*<br>*Attn: Patient Accts*<br>*PO Box 98418*<br>*Chicago IL 60693-8418* | | J | *2002-2008*<br>*Medical Bills* | | | | $ 375.00 |
| Account No:    3905<br>*Creditor # : 72*<br>*Malcolm Gerald & Associates*<br>*Acct: Alexian Bros Med Ctr*<br>*332 S. Michigan Ave  #600*<br>*Chicago IL 60604* | | J | *2008*<br>*Collection* | | | | $ 0.00 |
| Account No:    1301<br>*Creditor # : 73*<br>*MEA Medical Care Ctr*<br>*PO Box 5990  Dept 20-6007*<br>*Carol Stream IL 60197-0000* | | W | *2007*<br>*Medical Bills* | | | | $ 20.00 |
| Account No:    ious<br>*Creditor # : 74*<br>*MEA Medical Care Ctr*<br>*PO Box 3594  Dept 4043*<br>*Hinsdale IL 60522* | | J | *2002-2008*<br>*Medical Bills* | | | | $ 297.00 |
| Account No:    0159<br>*Creditor # : 75*<br>*Medical Recovery Specialist*<br>*RE:  Lutheran General Hosp*<br>*2220 E. Devon  #352*<br>*Des Plaines IL 60018* | | J | *2002-2008*<br>*Collection on Medical Bills* | | | | $ 50.00 |
| Account No:    0795<br>*Creditor # : 76*<br>*Medical Recovery Specialist*<br>*RE:  Luthern General*<br>*2220 E. Devon  #288*<br>*Des Plaines IL 60018-4519* | | J | *2002-2008*<br>*Collection on Medical Bills* | | | | $ 50.00 |

Sheet No.  _12_  of  _19_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 792.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _George C. Hengels and Barbara Ann Hengels_                              ,        Case No. _____
                              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3327<br>Creditor # : 77<br>NCC Business Services<br>RE:  Washinton Mutual-Provid<br>3733 University Blvd West #300<br>Jacksonville FL 32217 | | J | 2002-2008<br>Collection | | | | $ 1,609.00 |
| Account No:  9291<br>Creditor # : 78<br>NCO Collections<br>RE:  IPC Hospitalists<br>PO BOX  15618   Dept 38<br>Wilmington DE 19850 | | J | 2002-2008<br>Collection | | | | $ 4,575.00 |
| Account No:  4034<br>Creditor # : 79<br>North Shore Agency<br>RE:  Literary Guild<br>751 Summa Ave<br>Westbury NY 11590 | | J | 2002-2008<br>Collection | | | | $ 0.00 |
| Account No:  4727<br>Creditor # : 80<br>North Shore Agency<br>RE:  Ben Franklin Alamanac<br>751 Summa Ave<br>Westbury NY 11590 | | J | 2002-2008<br>Collection | | | | $ 44.00 |
| Account No:  1676<br>Creditor # : 81<br>Northwest Adult Medicine<br>PO Box 0700<br>Mount Prospect IL 60056-0700 | | W | 2006<br>Medical Bills | | | | $ 67.00 |
| Account No:  1703<br>Creditor # : 82<br>Northwest Adult Medicine<br>PO Box 0700<br>Mount Prospect IL 60056-0700 | | H | 2007-08<br>Medical Bills | | | | $ 105.00 |

Sheet No. _13_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 6,400.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_                    ,       Case No. _____

**Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6770<br><br>Creditor # : 83<br>OSI Collections<br>RE:  Capital One<br>PO Box 550720<br>Jacksonville FL 32255-0720 | | J | 2002-2008<br><br>Collection | | | | $ 3,317.00 |
| Account No.   4805<br><br>Creditor # : 84<br>Our Sunday Visitor Periodical<br>200 Noll Plaza<br>Huntington IN 46750 | | J | 2002-2008<br><br>Subscriptions | | | | $ 21.00 |
| Account No.   1875<br><br>Creditor # : 85<br>Paddock Publications<br>PO BOX  6236<br>Carol Stream  IL 60197-6236 | | J | 2002-2008<br><br>Subscriptions | | | | $ 20.00 |
| Account No.   3398<br><br>Creditor # : 86<br>Pellettieri & Associates<br>RE:  Alexian Bros Med Ctr<br>991 Oak Creek Dr<br>Lombard IL 60148 | | J | 2002-2008<br><br>Collection on Medical Bills | | | | $ 150.00 |
| Account No.   0034<br><br>Creditor # : 87<br>Pellettieri & Associates<br>RE:  Alexian Bros Med Ctr<br>991 Oak Creek Dr<br>Lombard IL 60148 | | J | 2002-2008<br><br>Collection on Medical Bills | | | | $ 255.00 |
| Account No.   0740<br><br>Creditor # : 88<br>Pentagroup Financial<br>RE:  CACH Providian Bank<br>5959 Corporate Dr  #1400<br>Houston TX 77036 | | J | 2002-2008<br><br>Collection | | | | $ 1,626.00 |

Sheet No. __14__ of ___19___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 5,389.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,     Case No. _____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1854 <br> Creditor # : 89 <br> Providian Bank <br> Attn: Bankruptcy Dept <br> PO Box 99604 <br> Arlingten  TX 76096-9604 | | J | 2002-2008 <br><br> Credit Account | | | | $ 1,100.00 |
| Account No:   3928 <br> Creditor # : 90 <br> Publisher Clearinghouse <br> Attn:   Collection Dept <br> PO BOX  11693 <br> Des Moines IA 50340-1693 | | J | 2002-2008 <br><br> Subscriptions | | | | $ 33.00 |
| Account No:   4058 <br> Creditor # : 91 <br> Quality Paperback Book Club <br> Attn: Collection Dept <br> PO Box 6400 <br> Camp Hill PA 17012-6400 | | W | 2007 <br><br> Subscription-Memebership | | | | $ 66.00 |
| Account No:   8125 <br> Creditor # : 92 <br> Regional Adjustment Bureau <br> RE:   Capital One <br> 7000 Goodlett Farms Pkwy <br> Memphis  TN 38016-4916 | | J | 2002-2008 <br><br> Notice to collector | | | | $ 0.00 |
| Account No:   3011 <br> Creditor # : 93 <br> Retreival Masters Creditors <br> RE:   Nth American Hunting Club <br> 2269 Saw Mill River Rd Bldg 3 <br> Elmsford NY 10523 | | J | 2002-2008 <br><br> Subscriptions | | | | $ 24.00 |
| Account No:   6090 <br> Creditor # : 94 <br> Revenue Cycle Solution RCS <br> Acct: Alexian Bros Med Ctr <br> Lock Box 22589 <br> Chicago IL 60673-1225 | | J | 2008 <br><br> Collection | | | | $ 0.00 |

Sheet No. _15_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 1,223.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George C. Hengels and Barbara Ann Hengels_____ ,   Case No._____
       **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0317<br>Creditor # : 95<br>Revenue Cycle Solutions RCS<br>RE:  Alexian Bros Med Ctr<br>Lock Box 22589<br>Chicago IL 60673-1225 | | J | 2002-2005<br>Collection | | | | $ 0.00 |
| Account No:   7495<br>Creditor # : 96<br>Risk Management Alt<br>RE:  Capital One<br>7324 SW Freeway, Ste 1200<br>Houston TX 77074 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   0121<br>Creditor # : 97<br>Roth & Zucker MD<br>246 E. Janata Blvd,  #130<br>Lombard IL 60148 | | J | 2002-2008<br>Medical Bills | | | | $ 246.00 |
| Account No:<br>Creditor # : 98<br>SBC Long Disatnce<br>PO BOX  600670<br>Jacksonville FL 32260-0670 | | J | 2002-2008<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 99<br>Sojourners Subscription Svc<br>PO BOX  2056<br>Marion OH 43306 | | J | 2002-2008<br>Subscriptions | | | | $ 29.00 |
| Account No:   7902<br>Creditor # : 100<br>St. Anthony Messnger Press<br>28 W. Libery St<br>Cincinnati OH 45202-6498 | | J | 2002-2008<br>Subscriptions | | | | $ 25.00 |

Sheet No. _16_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 300.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re George C. Hengels and Barbara Ann Hengels                    ,     Case No. _____
            **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 101<br>Suburban Lung Associates<br>PO BOX  6971<br>Lincoln NE 68506-0971 | | J | 2002-2008<br>Medical Bills | | | | $ 463.00 |
| Account No:     1200<br>Creditor # : 102<br>Suburban Lung Associates<br>PO Box 2776<br>Carol Stream IL 60132-0001 | | W | 2007<br>Medical Bills | | | | $ 20.00 |
| Account No:     1200<br>Creditor # : 103<br>Suburban Lung Associates<br>PO Box 967<br>Tinley Park IL 60477-0967 | | H | 2006<br>Medical Bills | | | | $ 15.00 |
| Account No:     7440<br>Creditor # : 104<br>Suburban Lung Associates<br>PO Box 2776<br>Carol Stream IL 60132-0001 | | W | 2008<br>Medical Bills | | | | $ 20.00 |
| Account No:     1016<br>Creditor # : 105<br>Suburban Surgical Care Special<br>1614 W. Central Rd<br>Suite #105<br>Arlington Height IL 60005-2452 | | H | 2007<br>Medical benefits | | | | $ 170.00 |
| Account No:     8228<br>Creditor # : 106<br>Target Financial Services<br>Attn:  Bankruptcy Dept<br>Mail Stop 3C-K, PO BOX  9475<br>Minneapolis MN 55440 | | J | 2002-2008<br>Credit Account | | | | $ 400.00 |

Sheet No.  17  of    19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,088.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re George C. Hengels and Barbara Ann Hengels                    ,         Case No. _____

**Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0598 Creditor # : 107 Target Financial Services Attn:  Bankruptcy Dept Mail Stop 3C-K, PO BOX  9475 Minneapolis MN 55440 | | J | 2002-2008 Credit Account | | | | $ 300.00 |
| Account No:    1205 Creditor # : 108 Time-Life Books Attn Collection Dept PO Box 4002010 Des Moines IA 50340-2010 | | W | 2007 Subscription-Memebership | | | | $ 29.00 |
| Account No:    1564 Creditor # : 109 Transworld Systems Collection Acct: Dr. Jeffrey Pomeranz 25 Northwest Pt. Blvd #750 Elk Grove Villag IL 60007 | | J | 2008 Notice to Collector | | | | $ 0.00 |
| Account No:    5691 Creditor # : 110 Transworld Systems Collection Acct: Caremark 25 Northwest Pt. Blvd #750 Elk Grove Villag IL 60007 | | J | 2008 Notice to Collector | | | | $ 0.00 |
| Account No:    4613 Creditor # : 111 TRS Recovery Svc RE:  Jewel Osco PO Box 17170 Denver CO 80217-0170 | | J | 2002-2008 Collection | | | | $ 25.00 |
| Account No:    2925 Creditor # : 112 United Recovery Systems Acct: HSBC Bank PO Box 722929 Houston TX 77272-2929 | | J | 2008 Colw | | | | $ 0.00 |

Sheet No.   18  of    19  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 354.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

**B6F (Official Form 6F) (12/07)   - Cont.**

In re _George C. Hengels and Barbara Ann Hengels_ ,            Case No. _____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3850<br>Creditor # : 113<br>*United Recovery Systems*<br>*RE:  Capital One*<br>*PO Box 722929*<br>*Houston TX 77272-2929* | | J | *2002-2008*<br>*Collection* | | | | $ 0.00 |
| Account No:   7526<br>Creditor # : 114<br>*Wells Fargo Financial*<br>*Attn:  Bankruptcy Dept*<br>*850 E. Diehl Rd  #160*<br>*Naperville IL 60563-4814* | | J | *2002-2008*<br>*Credit Account* | | | | $ 562.00 |
| Account No:<br>Creditor # : 115<br>*World Financial Natl Bank*<br>*RE:  New York Store*<br>*PO BOX  182124*<br>*Columbus OH 43218-2124* | | J | | | | | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _19_ of _19_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 562.00

**Total $**        $ 318,448.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George C. Hengels and Barbara Ann Hengels_____ / Debtor    Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re _George C. Hengels and Barbara Ann Hengels_ _____ / Debtor      Case No. _____
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _George C. Hengels and Barbara Ann Hengels_____ ,   Case No. _____
         **Debtor(s)**                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |
| | *daughter* | *12 yr* |
| | *daughter* | *13 yr* |
| | *daughter* | *3yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *4,558.67* | $ | *0.00* |
| 2. Estimate monthly overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *4,558.67* | $ | *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | *762.67* | $ | *0.00* |
| b. Insurance | $ | *140.83* | $ | *0.00* |
| c. Union dues | $ | *0.00* | $ | *0.00* |
| d. Other (Specify):   *Pension Loan repayment* | $ | *251.33* | $ | *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,154.83* | $ | *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *3,403.83* | $ | *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| 8. Income from real property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social security or government assistance (Specify): | $ | *0.00* | $ | *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income (Specify): | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ | *0.00* |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | *3,403.83* | $ | *0.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | *3,403.83* | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _George C. Hengels and Barbara Ann Hengels_ _____ ,    Case No. _____
                          **Debtor(s)**                                                      **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ *585.00* |
|    a. Are real estate taxes included?    Yes ☐    No ☒ | |
|    b. Is property insurance included?    Yes ☐    No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ *225.00* |
|    b. Water and sewer | $ *0.00* |
|    c. Telephone | $ *0.00* |
|    d. Other   *Internet & Cable-Cell Phone* | $ *150.00* |
|    Other | $ *0.00* |
|    Other | $ *0.00* |
| 3. Home maintenance (repairs and upkeep) | $ *40.00* |
| 4. Food | $ *850.00* |
| 5. Clothing | $ *100.00* |
| 6. Laundry and dry cleaning | $ *20.00* |
| 7. Medical and dental expenses | $ *20.00* |
| 8. Transportation (not including car payments) | $ *400.00* |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ *80.00* |
| 10. Charitable contributions | $ *0.00* |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ *0.00* |
|    b. Life | $ *22.00* |
|    c. Health | $ *0.00* |
|    d. Auto | $ *150.00* |
|    e. Other | $ *0.00* |
|    Other | $ *0.00* |
|    Other | $ *0.00* |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ *0.00* |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ *388.00* |
|    b. Other:   *Auto repair & upkeep* | $ *50.00* |
|    c. Other: | $ *0.00* |
|    d. Other: | $ *0.00* |
| 14. Alimony, maintenance, and support paid to others | $ *0.00* |
| 15. Payments for support of additional dependents not living at your home | $ *0.00* |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ *0.00* |
| 17. Other:  *Medical-Prescriptions* | $ *300.00* |
|    Other:  *School expense & activities* | $ *20.00* |
|    Other: | $ *0.00* |
| 18. AVERAGE MONTHLY EXPENSES   Total lines 1-17. Report also on Summary of Schedules | $ *3,400.00* |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 16 of Schedule I | $    *3,403.83* |
|    b. Average monthly expenses from Line 18 above | $    *3,400.00* |
|    c. Monthly net income (a. minus b.) | $    *3.83* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re **George C. Hengels and Barbara Ann Hengels**

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    5,000.00 | | |
| B-Personal Property | *Yes* | *3* | $   15,687.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $   12,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $        0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *20* | | $  318,448.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    3,403.83 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    3,400.00 |
| TOTAL | | *31* | $   20,687.00 | $  330,448.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*              Case No.

Chapter    **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| **TOTAL** | $  0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  3,403.83 |
| Average Expenses (from Schedule J, Line 18) | $  3,400.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $  5,400.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  5,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $  0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  318,448.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  323,448.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _George C. Hengels and Barbara Ann Hengels_                                    Case No. _____
                        Debtor                                                                          (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _32_ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____          Signature _/s/ George C. Hengels_____
                                                            George C. Hengels


Date: _____          Signature _/s/ Barbara Ann Hengels_____
                                                            Barbara Ann Hengels

                                          [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*George C. Hengels*
    *and*
    *Barbara Ann Hengels*
    *fka Barbara Peck*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*Year to date:$8,337.91*
   *Last Year:$58,305.00*
*Year before:$52,000.00 appr*

*Wages from employment  2008    Husband*
*Same 2007*
*Same 2006*

*Year to date:$0.00*
   *Last Year:$0.00*
*Year before:$0.00*

*Wages from employment 2008    Wife*
*Same  2007*
*Same 2006*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Capital One vs. George & Barabra Hengels 06 M1 140991* | *Collection* | *Cook County Circuit Court* | *Judgment* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* <br> *Address:* <br> *2021 Midwest Road* <br> *Oak Brook, IL 60521* | *Date of Payment:* <br> *Payor: George C. Hengels* | *$600.00* |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 4

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been
☒    responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____      Signature   */s/ George C. Hengels* _____
of Debtor

Date _____      Signature   */s/ Barbara Ann Hengels* _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*

Case No.
Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) | | | |
|---|---|---|---|---|---|
| | | | | | |

### Signature of Debtor(s)

Date: _____     Debtor: */s/ George C. Hengels* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*                    Case No.
                                                                                                Chapter   **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2000 Toyota Sienna* | *Toyota Motor Credit* | | X | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _____        Debtor: */s/ Barbara Ann Hengels* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels and Barbara Ann Hengels*

Case No.

Chapter   **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _____    Debtor: */s/ George C. Hengels*

Date: _____    Joint Debtor: */s/ Barbara Ann Hengels*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *George C. Hengels*                                          Case No.
      *and*                                                      Chapter  **7**
  *Barbara Ann Hengels*
  *fka Barbara Peck*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)   For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*600.00*
   b)   Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*600.00*
   c)   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.   $_____*299.00*_____of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
   a)   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b)   Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c)   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
    *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
    *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
    *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                                    Respectfully submitted,

                           X */s/ Richard S. Bass*_____
            Attorney for Petitioner:*Richard S. Bass*
                           *Law Office of Richard S. Bass, LTD.*
                           *2021 Midwest Road*
                           *Oak Brook IL  60521*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *George C. Hengels*
    *and*
    *Barbara Ann Hengels*
    *fka Barbara Peck*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ George C. Hengels* _____
Debtor

*/s/ Barbara Ann Hengels* _____
Joint Debtor

Adventist Hinsdale
C/O KLO (Dr. Sailaja Maramredd)
777 Oakmont Lane, #1600
Westmont, IL  60559

Advocate Lutheran General Hosp
Attn:  Patient Accounts
PO Box 73208
Chicago, IL  60673-7208

Alexian Bros Medical Ctr
Attn:   Patient Accts
800 Biesterfield
Elk Grove Villag, IL  60007

Alexian Bros Medical Ctr
Attn Patient Accts
800 Biesterfield
Elk Grove Villag, IL  60007

Alliance One Receivables
RE:  World Rinancial New York
PO BOX  1963
Southgate, MI  48195-0963

Alliance One Receivables
RE:  Target Natl Bank
PO BOX  1963
Southgate, MI  48195-0963

Allied Interstate
RE:  Quality Paperback Book
PO BOX  5023
New York, NY  10163

American Medical Collection
Acct: Quest Diagnostic
2269 S. Saw Mill River Rd #3
Elmsford, NY  10523

American Recovery Systems
RE:  Target National Bank
1699 Wall Street  #300
Mount Prospect, IL  60056-5788

April Eeve Hocking DDS
1063 N. Northwest Hwy
Park Ridge, IL  60068

Armor Systems
Acct: Elk Grove Police
1700 Kiefer Dr  #1
Zion, IL  60099-5105

Arnold Scott Harris, P.C.
RE:  Chicago Dept Revenue
PO BOX  5625
Chicago, IL  60680-5625

Better Homes and Gardens
1716 Locust St
Des Moines, IA  50309-3023

Biehl & Biehl Collection
RE:  Daily Herald
PO Box 66415
Chicago, IL  60666-0415

Blatt Hasenmiller Leibsker et
RE:  Capital One
125 S. Wacker Dr  #400
Chicago, IL  60606-4440

BMG Music
PO BOX  91501
Indianapolis , IN  46291-0000

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

Central Credit Service
RE:  Wells Fargo
PO Box 189
Saint Charles, MO  63302

Central Portfolio Control
RE:  Wlls Fargo-Northstar Cap
6640 Shady Oak Road,  #300
Eden Prairie, MN  55344-7710

Certified Services Collection
Acct: Dr. Harvey Wolf
PO Box 177
Waukegan, IL  60079-0177

Checks Unlimited
Attn: Collection Dept
PO Box 17400
Colorado Springs, CO  80935

Church Subscription Svc
PO BOX  165
Congers, NY  10920-7514

City of Chicago Bureau Parking
Attn:  Bankruptcy Dept
PO Box 88292
Chicago, IL  60680-1292

Clinical Associates
1460 Market St   #300
Des Plaines, IL  60016-4643

Collection Bureau of America
RE:  DS Waters of Nth America
25954 Eden Landing  1st Flr
Livermore, CA  94551

Comcast ...

Attn:  Bankruptcy Dept
PO BOX  9037
Addison, TX  75001-9037

Credit Protection Association
RE:  Comcast
13355 Noel Rd
Dallas, TX  75240

Crossing Book Club
Attn Bankruptcy Dept
PO Box 6307
Indianapolis , IN  46206-6307

David Carlson  DDS
610 E. Roosevelt Rd  #101
Wheaton, IL  60187

Davidsmeyer Business Svc
RE:  Ridge School
2513 E. Higgins Rd
Elk Grove Villag, IL  60007

Dr. Jeffrey Pomeranz
PO BOX 3597
Springfield, IL  62708-3597

Dr. Jeffrey Pomeranz
PO BOX  3597
Springfield, IL  62708-3597

Dr. Shah Nawaz
Po box 784
Tinley Park, IL  60477

DSM Books
Attn: Collection Dept
PO Box 8557
Camp Hill, PA  17001-8557

Elk Grove Lab Physicians PC
Dept 77-9154
Chicago, IL  60678

Elk Grove Village Police
Attn: Ticket Collection
901 Wellington Ave
Elk Grove Villag, IL  60007

Emery Medical Center
Dr. Shahid Sarwar
PO BOX  807
Mount Prospect, IL  60056

First Bank NA
Attn: Collection Dept
PO Box 790281
Saint Louis, MO  63179-0281

First Federal Credit Control
Acct: Dr. Shah Nawaz
1550 Old Henderson Rd #100
Columbus, OH  43220-3626

FMS Inc.
RE:  Wells Fargo
PO BOX  4115
Concord, CA  94524

GC Services Collections
RE:  Telecheck
6330 Gulfton  #400
Houston, TX  77081

Girl Scout Ill Crossroad Counc
Attn:  Product Management
650 N. Lakeview Pkwy
Vernon Hills, IL  60061-8116

Girl Scouts Hornest Nest Counc
Attn:  Accounting
7001 Idlewild Road
Charlotte, NC  28212

Harris & Harris
Acct:  Alexian Bros Med Ctr
600 W. Jackson Blvd  #400
Chicago, IL  60661

Hinckley Springs Water
PO BOX  530578
Atlanta, GA  30353-0578

Illinois Collection Svc
RE:  Alexian Bros Med Ctr
PO Box 646
Oak Lawn, IL  60454-0646

Illinois Collection Svc
RE:  DuPage Family Medicine
PO Box 646
Oak Lawn, IL  60454-0646

Illinois Collection Svc
RE:  DuPage Family Medical
PO Box 646
Oak Lawn, IL  60454-0646

Illinois Collection Svc
RE:  Alexian Bros
PO Box 646
Oak Lawn, IL  60454-0646

Infectious Disease Assoc
PO BOX  309
Itasca, IL  60143

IPC of Illinois
RE:  Alexian Bros Med Ctr
PO Box 92934
Los Angeles, CA   90009

JNR Adjustment
RE:  WM Stores
2905 Northwest Blvd  #220
Minneapolis, MN  55441-2644

Law Office Michael Margelefsky
RE:  World Financial
709 Madison Ave  #302
Toledo, OH  43604-1624

Literary Guild
PO BOX  6404
Camp Hill, PA  17012-6404

Loyola Univ Phyisician Fdn
Attn: Patient Accts
PO Box 98418
Chicago, IL  60693-8418

Malcolm Gerald & Associates
Acct: Alexian Bros Med Ctr
332 S. Michigan Ave  #600
Chicago, IL  60604

MEA Medical Care Ctr
PO Box 3594  Dept 4043
Hinsdale, IL   60522

MEA Medical Care Ctr
PO Box 5990  Dept 20-6007
Carol Stream, IL  60197-0000

Medical Recovery Specialist
RE:  Lutheran General Hosp
2220 E. Devon  #352
Des Plaines, IL  60018

Medical Recovery Specialist
RE:  Luthern General
2220 E. Devon  #288
Des Plaines, IL  60018-4519

NCC Business Services
RE:  Washinton Mutual-Provid
3733 University Blvd West #300
Jacksonville, FL  32217

NCO Collections
RE:  IPC Hospitalists
PO BOX  15618  Dept 38
Wilmington, DE  19850

North Shore Agency
RE:  Literary Guild
751 Summa Ave
Westbury, NY  11590

North Shore Agency Inc
RE:  Ben Franklin Alamanac
751 Summa Ave
Westbury, NY  11590

Northwest Adult Medicine
PO Box 0700
Mount Prospect, IL  60056-0700

OSI Collections
RE:  Capital One
PO Box 550720
Jacksonville, FL  32255-0720

Our Sunday Visitor Periodical
200 Noll Plaza
Huntington, IN  46750

Paddock Publications
PO BOX  6236
Carol Stream , IL  60197-6236

Pellettieri & Associates
RE:  Alexian Bros Med Ctr
991 Oak Creek Dr
Lombard, IL  60148

Pentagroup Financial
RE:  CACH Providian Bank
5959 Corporate Dr  #1400
Houston, TX  77036

Providian Bank
Attn: Bankruptcy Dept
PO Box 99604
Arlingten , TX  76096-9604

Publisher Clearinghouse
Attn:  Collection Dept
PO BOX  11693
Des Moines, IA  50340-1693

Quality Paperback Book Club
Attn: Collection Dept
PO Box 6400
Camp Hill, PA  17012-6400

Regional Adjustment Bureau
RE:  Capital One
7000 Goodlett Farms Pkwy
Memphis , TN  38016-4916

Retreival Masters Creditors
RE:  Nth American Hunting Club
2269 Saw Mill River Rd Bldg 3
Elmsford, NY  10523

Revenue Cycle Solution RCS
Acct: Alexian Bros Med Ctr
Lock Box 22589
Chicago, IL  60673-1225

Revenue System Volume 2 (38)
RE:  Alexian Bros Med Ctr
Lock Box 22589
Chicago, IL  60673-1225

Risk Management Alt
RE:  Capital One
7324 SW Freeway, Ste 1200
Houston, TX  77074

Roth & Zucker MD
246 E. Janata Blvd,  #130
Lombard, IL  60148

SBC Long Disatnce
PO BOX  600670
Jacksonville, FL  32260-0670

Sojourners Subscription Svc
PO BOX  2056
Marion, OH  43306

St. Anthony Messnger Press
28 W. Libery St
Cincinnati, OH  45202-6498

Suburban Lung Associates
PO BOX  6971
Lincoln, NE  68506-0971

Suburban Lung Associates
PO Box 967
Tinley Park, IL  60477-0967

Suburban Lung Associates
PO Box 2776
Carol Stream, IL  60132-0001

Suburban Surgical Care Special
1614 W. Central Rd
Suite #105
Arlington Height, IL  60005-2452

Target Financial Services
Attn:  Bankruptcy Dept
Mail Stop 3C-K, PO BOX  9475
Minneapolis, MN  55440

Time-Life Books
Attn Collection Dept
PO Box 4002010
Des Moines, IA  50340-2010

Toyota Motor Credit
Attn Bankruptcy Dept
PO Box 5855
Carol Stream , IL  60197-5855

Transworld Systems Dept 706
Acct: Dr. Jeffrey Pomeranz
25 Northwest Pt. Blvd #750
Elk Grove Villag, IL  60007

Transworld Systems Collection
Acct: Caremark
25 Northwest Pt. Blvd #750
Elk Grove Villag, IL  60007

TRS Recovery Svc
RE:  Jewel Osco
PO Box 17170
Denver, CO  80217-0170

United Recovery Systems
RE:  Capital One
PO Box 722929
Houston, TX  77272-2929

United Recovery Systems
Acct: HSBC Bank
PO Box 722929
Houston, TX  77272-2929

Wells Fargo Financial
Attn:  Bankruptcy Dept
850 E. Diehl Rd  #160
Naperville, IL  60563-4814

World Financial Natl Bank
RE:  New York Store
PO BOX  182124
Columbus, OH  43218-2124